IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

**BARBARA MARSHALL**                                                                                          **PLAINTIFF**

v.                                              **2:20-CV-00245-BSM**

**CITY OF HELENA-WEST
HELENA.,** *et al.*                                                                                               **DEFENDANTS**

## JUDGMENT

Consistent with the order entered today, this case is dismissed without prejudice.

IT IS SO ORDERED this 4th day of November, 2021.

_____
UNITED STATES DISTRICT JUDGE